

# SEALED

Office of the United States Attorney
District of Nevada
501 Las Vegas Boulevard, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336

JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709
MELINDA BREWER
Assistant United States Attorneys
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Melinda.Brewer@usdoj.gov
*Attorneys for the United States of America*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>OSCAR AGUILAR,<br><br>Defendant. | **SEALED<br>CRIMINAL INDICTMENT**<br><br>Case No. 2:24-cr-206-GMN-BNW<br><br><u>VIOLATIONS:</u><br><br><u>Counts One and Two</u>: 18 U.S.C. §§ 922(o) & 924(a)(2) – Illegal Possession of a Machine Gun<br><br><u>Count Three</u>: 18 U.S.C. §§ 922(a)(1)(A), 923(a), and 924(a)(1)(D) – Engaging in the Business of Dealing, Importing, and Manufacturing Firearms Without a License |

**THE GRAND JURY CHARGES THAT:**

<u>COUNT ONE</u>
*(Illegal Possession and Transfer of a Machinegun)*

On or about May 30, 2024, in the State and Federal District of Nevada,

**OSCAR AGUILAR,**

the defendant herein, did knowingly possess and transfer a machine gun, that is: a machine gun conversion device used to modify a Glock semi-automatic firearm to fire as a fully

1

automatic weapon enabling a firearm to automatically shoot more than one shot, without manual reloading, by a single function of the trigger, all in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

### COUNT TWO
*(Illegal Possession and Transfer of a Machine Gun)*

On or about July 10, 2024, in the State and Federal District of Nevada,

**OSCAR AGUILAR,**

the defendant herein, did knowingly possess and transfer a machine gun, that is: a machine gun conversion device used to modify a Glock semi-automatic firearm to fire as a fully automatic weapon enabling a firearm to automatically shoot more than one shot, without manual reloading, by a single function of the trigger, all in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

### COUNT THREE
*(Engaging in the Business of Dealing or Manufacturing Firearms Without a License)*

Beginning from a time unknown but no later than on or about May 30, 2024, and continuing to or about July 10, 2024, in the State and Federal District of Nevada,

**OSCAR AGUILAR,**

defendant herein, not being a licensed dealer, importer, or manufacturer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

2

1 | business of dealing firearms, in violation of Title 18, United States Code, Sections
2 | 922(a)(1)(A), 923(a), and 924(a)(1)(D).

DATED: this 17th day of September, 2024.

**A TRUE BILL:**

/S/
FOREPERSON OF THE GRAND JURY

JASON M. FRIERSON
United States Attorney

*[signature]*

MELINDA BREWER
Assistant United States Attorney