RENE L. VALLADARES  
Federal Public Defender  
State Bar No. 11479  
LARONDA MARTIN  
Assistant Federal Public Defender  
411 E. Bonneville, Ste. 250  
Las Vegas, Nevada 89101  
(702) 388-6577/Phone  
(702) 388-6261/Fax  
LaRonda_Martin@fd.org  

Attorney for Oscar Aguilar  

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>OSCAR AGUILAR,<br><br>        Defendant. | Case No. 2:24-cr-00206-GMN-BNW<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(First Request) |

      IT IS HEREBY STIPULATED AND AGREED, by and between Sigal Chattah, United States Attorney, and Melinda Brewer, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and LaRonda Martin, Assistant Federal Public Defender, counsel for Oscar Aguilar, that the Sentencing Hearing currently scheduled on July 30, 2025, be vacated and continued to a date and time convenient to the Court, but no sooner than seventy-five (75) days.

      This Stipulation is entered into for the following reasons:

      1.    Counsel Martin has been hospitalized at Summerlin Hospital since July 22, 2025.

      2.    Counsel Martin will be on medical leave for 60 days.

3. Counsel Martin would like to maintain continuity of representation with Mr. Aguilar and handle his sentencing hearing upon her return.

4. The parties request that the new sentencing hearing not be scheduled during the week of October 13, 2025. The government will be unavailable during this period.

5. The defendant is out of custody and agrees with the need for the continuance.

6. The parties agree to the continuance.

This is the first request for a continuance of the sentencing hearing.

DATED this 24th day of July, 2025.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | SIGAL CHATTAH<br>United States Attorney |
| By */s/ LaRonda Martin*<br>LARONDA MARTIN<br>Assistant Federal Public Defender | By */s/ Melinda Brewer*<br>MELINDA BREWER<br>Assistant United States Attorney |

2

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>OSCAR AGUILAR,<br><br>   Defendant. | Case No. 2:24-cr-00206-GMN-BNW<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for July 30, 2025 at 9:00 a.m., be vacated and continued to October 21, 2025 at the hour of 10:00 a.m.

DATED this 25 day of July, 2025.

_____
UNITED STATES DISTRICT JUDGE