RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
DAWN A. PENN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Dawn_penn@fd.org

Attorney for Oscar Aguilar

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>OSCAR AGUILAR,<br>Defendant. | Case No. 2:24-cr-00206-GMN-BNW-1<br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Todd Blanche, Attorney General of the United States, and Melinda Brewer, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Dawn A. Penn, Assistant Federal Public Defender, counsel for Oscar Aguilar, that the Revocation Hearing currently scheduled on October 14, 2026, be vacated and continued to a date and time convenient to the Court, but no sooner than one hundred and twenty (120) days.

This Stipulation is entered into for the following reasons:

1. The sole allegation in the petition stems from an alleged state law violation.

2. There is a state court hearing date of January 26, 2027, for the status of filing a complaint.

3. The parties believe that the state case should resolve before resolving the instant matter, as the result of the state case directly affect the outcome of the instant proceedings.

4. The defendant agrees with the continuance.

5. The parties agree to a continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 7th day of October, 2026.

RENE L. VALLADARES
Federal Public Defender

By */s/ Dawn A. Penn*
DAWN A. PENN
Assistant Federal Public Defender

TODD BLANCHE
Attorney General of the United States

By */s/ Melinda Brewer*
MELINDA BREWER
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>OSCAR AGUILAR,<br>Defendant. | Case No. 2:24-cr-00206-GMN-BNW-1<br>**ORDER** |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for October 14, 2026 at 10:30 a.m., be vacated and continued to February 16, 2027 at the hour of 11:00 a.m.

DATED this 8 day of October, 2026.

UNITED STATES DISTRICT JUDGE